U.S. COURTS

JUN 06 2019

Rcvd_____Filed_____Time 12:40 pm
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

MICHAEL HUNTER,                    Civil Action No._____

          Plaintiff,

v.                                 MOTION FOR LEAVE FORMA

                                   PROCEED FORMA PAUPERIS

THREE UNKNOWN NAMED

NAMED JOHN DOE DMV,  et al.,

          Defendant.

_____

COMES NOW Plaintiff Michael Hunter, pro se,

pursuant to Title 28 of the United States Codes Section 1915(d)

moves the Court for leave to file his civil action in forma pauperis.

support of he has attached his sworn affidavit.

16

The 05 day June 2019

Respectfully submitted,

Michael Howard Hunter

AFFIDVIT OF POVERTY

Michael Hunter hereby deposes:

- I am the plaintiff in the attached motion to proceed in forma

pauperis and make this sworn affidavit thereto:

My bank account Wells Fargo Bank balanc is less than fifty dollars and my rent exceeds   Social Security $871.00 and rent of an abode motel is in excess of $500.00 month. I refused food stamps, have debts exceed two thousand dollars and I own no stocks, no bonds or other security; I own 1999 Buick valued less than one thousand dollars;

18

I am not employed and have not been since 2018 when I worked at fast food business earning $10.50 hour about 60 hours week; I do not currently have other income;

I verify this true.

The 05 June 29019

Michael Hunter